| | |
|---|---|
| 1 | MICHELE BECKWITH |
|   | Acting United States Attorney |
| 2 | ANTONIO J. PATACA |
|   | JUSTIN GILIO |
| 3 | Assistant United States Attorneys |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, CA 93721 |
|   | Telephone: (559) 497-4000 |
| 5 | Facsimile: (559) 497-4099 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00055-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT |
| v. | |
| JOSE RAMON MAYORGA, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for a status conference on May 7, 2025.

2. By this stipulation, defendant now moves to vacate the status conference as to him only and set a change of plea hearing on March 10, 2025. Time has already been excluded through May 7, 2025.

3. The signed plea agreement will be filed on February 11, 2025.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

1

|  |  |
|---|---|
| Dated: February 11, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ ANTONIO J. PATACA<br>ANTONIO J. PATACA<br>Assistant United States Attorney |
| Dated: February 11, 2025 | /s/ MILES HARRIS<br>MILES HARRIS<br>Counsel for Defendant<br>JOSE RAMON MAYORGA |

**ORDER**

The plea agreement in this case was filed on February 11, 2025. Accordingly, the status conference is hereby vacated, and the change of plea hearing is set for March 10, 205, before District Judge Jennifer Thurston.

IT IS SO ORDERED.

Dated:  **February 12, 2025**              /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE

2