# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **United States of America** <br> vs. <br> Jose Ramon Mayorga, Jr. | ) ) ) ) ) Case No. 1:24-CR-00055-JLT-SKO-4 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jose Ramon Mayorga, Jr.__, have discussed with __Evette Perez__, Pretrial Services Officer, modifications of my release conditions as follows:

1) You must participate in a program of medical or psychiatric treatment, including treatment for drug/alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer.
2) You must refrain from any use of alcohol.

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  3/28/25                    _____  3/28/2025
Signature of Defendant       Date                         Pretrial Services Officer Services   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                              3/28/2025
Signature of Assistant United States Attorney          Date
Antonio Jose Pataca

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                              3/28/2025
Signature of Defense Counsel                           Date
Miles Austin Harris

### ORDER OF THE COURT

[x] The above modification of conditions of release is ordered, to be effective on __April 1, 2025__.
[ ] The above modification of conditions of release is *not* ordered.

_____                              April 1, 2025
Signature of Judicial Officer                          Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services